DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**HOWARD M. TALENFELD** and **JULIE ZOBEL TALENFELD,**
Appellants,

v.

**ROBINETTE HOMES SIGNATURE SERIES, INC.,**
Appellee.

No. 4D17-1748

[March 29, 2018]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Marina Garcia-Wood, Judge; L.T. Case No. 16-001758 CACE (18).

Mark B. Schorr of Mark B. Schorr, P.A., Fort Lauderdale, for appellants.

C. Cory Mauro of Mauro Law P.A., Boca Raton; and William Sklar of Carlton Fields Jorden Burt, P.A., West Palm Beach, for appellee.

PER CURIAM.

*Affirmed.*

CIKLIN, CONNER, JJ., and ROBERTS, KATHLEEN H., Associate Judge, concur.

\*          \*          \*

***Not final until disposition of timely filed motion for rehearing.***